# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Odalis Masclarin<br>Marquez | Case No.:21−30997−crm |
| Debtor(s) | Chapter: 13 |

## NOTICE OF CONTINUED MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the meeting of creditors in the above referenced case has been rescheduled. The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. Creditors are encouraged but are not required to attend.

Telephonic Hearing

on 6/9/21 at 09:30 AM

This case may be dismissed without further notice for failure to attend this meeting.

A copy of this notice shall be mailed to the debtor(s), counsel for the debtor(s), the U.S. Trustee and to all scheduled creditors and parties in interest.

Dated: 5/14/21

| | |
|---|---|
| | ENTERED BY ORDER OF THE COURT |
| By: | United States Bankruptcy Court |
| Deputy Clerk | Elizabeth H. Parks, Clerk |

United States Bankruptcy Court

Western District of Kentucky

In re:  
Odalis Masclarin Marquez  
    Debtor

Case No. 21-30997-crm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0644-3      User: aohlmann      Page 1 of 2  
Date Rcvd: May 14, 2021      Form ID: 208      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Odalis Masclarin Marquez, 3214 Mildred Drive, Louisville, KY 40216-4923 |
| 6821485 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 6821491 | + | Nissan Infiniti, PO Box 660366, Dallas, TX 75266-0366 |
| 6821499 | | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 6821501 | | Us Bank Hogan Loc, Attn Cbdh, Oshkosh, WI 54903 |
| 6821502 | + | Us Bank Home Mortgage, 4801 Frederica St., Owensboro, KY 42301-7441 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ryan.kendall@louisvilleky.gov | May 14 2021 18:46:00 | Jefferson County Attorney Office, Fiscal Court Bldg., 531 Court Place, Ste. 900, Louisville, Ky 40202-3315 |
| 6821486 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2021 18:51:57 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 6821487 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2021 18:51:38 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 6821489 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2021 18:51:39 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 6822833 | | Email/Text: mrdiscen@discover.com | May 14 2021 18:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 6821488 | + | Email/Text: mrdiscen@discover.com | May 14 2021 18:46:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 6821490 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2021 18:51:27 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 6821492 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2021 18:46:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 6821493 | | Email/Text: bankruptcy@republicfinance.com | May 14 2021 18:47:00 | Republic Finance Llc, 8013 Bardstown Rd, Louisville, KY 40291 |
| 6822500 | | Email/Text: bankruptcy@republicfinance.com | May 14 2021 18:47:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 6821494 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 18:51:08 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 6821495 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 18:51:08 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 6821496 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 18:51:09 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 6821497 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 18:51:09 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 6821498 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0644-3 | User: aohlmann | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 14, 2021 | Form ID: 208 | Total Noticed: 22 |

|  |  |  | May 14 2021 18:51:19 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
|---|---|---|---|---|
| 6821502 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 14 2021 18:46:00 | Us Bank Home Mortgage, 4801 Frederica St., Owensboro, KY 42301-7441 |
| 6821503 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 18:51:46 | Walmart Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6821500 | * | Us Bank, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John L. Daugherty | ustpregion08.lo.ecf@usdoj.gov |
| Michael B. Marks | on behalf of Debtor Odalis Masclarin Marquez michael@wettererclare.com wettererclare@gmail.com;R64497@notify.bestcase.com |
| William W. Lawrence -13 | ECF@louchapter13.com  ecf.bk.westky@gmail.com |

TOTAL: 3